# United States District Court
# Central District of California
# Western Division

LOUIS COHEN, *et al.*,

    Plaintiffs,

  v.

JOHN STACH, *et al.*,

    Defendants.

ED CV 16-05618 TJH (KSx)

Order

JS-6

    The Court has reviewed Plaintiffs' complaint. Plaintiffs failed to properly allege the subject matter jurisdictional basis for this action in a concise jurisdictional statement. Accordingly,

    **It is Ordered**, *sua sponte*, that this case be, and hereby is, **Dismissed** without prejudice.

Date: October 17, 2016

_____
Terry J. Hatter, Jr.
Senior United States District Judge